**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HART, HOWARD JAMES, JR. | § | Case No. 10-73446 |
| | § | |
| HART, JIM | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 09, 2010. The undersigned trustee was appointed on September 22, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $    69,100.12

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 53,437.81 |
| Bank service fees | 593.16 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 15,069.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/14/2010 and the deadline for filing governmental claims was 01/05/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,860.01.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,860.01, for a total compensation of $3,860.01.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $184.18, for total expenses of $184.18.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/30/2013      By: /s/JOSEPH D. OLSEN
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73446  
**Case Name:** HART, HOWARD JAMES, JR.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/09/10 (f)  
**§341(a) Meeting Date:** 08/23/10  

**Period Ending:** 04/30/13  
**Claims Bar Date:** 12/14/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5060 Skare Court, Rochelle, IL 61068 Ten | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | 915 N. Caron Road, Rochelle, IL 1/3 | 85,000.00 | 85,000.00 | | 79,100.00 | FA |
| 3 | Time Share, Christmans Mountain, Wisconsin Dells | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Cash on hand | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Checking/Savings Account at Lincoln State Bank | 500.00 | 0.00 | | 0.00 | FA |
| 6 | One-half of household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | None of commerical value | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 9 | IRA | 11,636.00 | 0.00 | | 0.00 | FA |
| 10 | 401K | 134,766.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 GMC Yukon | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | $35,000.00 held by Attorney Stacy Shelly in escr | 35,000.00 | Unknown | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.12 | FA |
| 13 | Assets　Totals (Excluding unknown values) | **$532,802.00** | **$85,000.00** | | **$79,100.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　December 31, 2012　**Current Projected Date Of Final Report (TFR):**　April 30, 2013 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-73446  
**Case Name:** HART, HOWARD JAMES, JR.  

**Taxpayer ID #:** **-***3227  
**Period Ending:** 04/30/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******07-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/11 | {2} | Jerry S. Harms | monthly pymt. | 1110-000 | 300.00 | | 300.00 |
| 02/01/11 | {2} | Jerry Scott Harms | monthly pymt. | 1110-000 | 300.00 | | 600.00 |
| 02/25/11 | {2} | Jerry Scott Harms | monthly pymt | 1110-000 | 300.00 | | 900.00 |
| 03/31/11 | {2} | Jerry Scott Harms | monthly pymt. | 1110-000 | 300.00 | | 1,200.00 |
| 04/28/11 | {2} | jerry harms | monthly payments | 1110-000 | 300.00 | | 1,500.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,500.01 |
| 05/26/11 | {2} | Jerry Scott Harms | mo. pymt. | 1110-000 | 300.00 | | 1,800.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,800.02 |
| 06/28/11 | {2} | Jerry S. Harms | mo. pymt. | 1110-000 | 300.00 | | 2,100.02 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,100.03 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,100.04 |
| 08/01/11 | {2} | Jerry S. Harms | monthly pymt. | 1110-000 | 300.00 | | 2,400.04 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.03 | 2,396.01 |
| 08/15/11 | {2} | Jerry Scott Harms | monthly pymt. | 1110-000 | 300.00 | | 2,696.01 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,696.03 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,671.03 |
| 09/26/11 | {2} | Jerry Scott Harms | monthly pymt. | 1110-000 | 300.00 | | 2,971.03 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,971.05 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,946.05 |
| 10/31/11 | {2} | Jerry Scott Harms | | 1110-000 | 300.00 | | 3,246.05 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,246.07 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,221.07 |
| 11/29/11 | {2} | Jerry Scott Harms | mo. pymt. | 1110-000 | 300.00 | | 3,521.07 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,521.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,496.09 |
| 12/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 3,496.09 |
| 12/08/11 | | To Account #9200******0766 | per JDO instructions | 9999-000 | | 3,496.09 | 0.00 |
| 12/21/11 | {2} | Jerry Scott Harms | mo. pymt. | 1110-000 | 300.00 | | 300.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 275.00 |
| 01/31/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 275.00 |
| 01/31/12 | | To Account #9200******0766 | Tranfer balance of funds to 66 acct | 9999-000 | | 275.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,900.12 | 3,900.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,771.09 | |
| | | | **Subtotal** | | **3,900.12** | **129.03** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,900.12** | **$129.03** | |

{} Asset reference(s)

Printed: 04/30/2013 07:51 AM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-73446 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | HART, HOWARD JAMES, JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******07-66 - Checking Account |
| Taxpayer ID #: | **-***3227 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 04/30/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/08/11 | | From Account #9200******0765 | per JDO instructions | 9999-000 | 3,496.09 | | 3,496.09 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,471.09 |
| 01/31/12 | {2} | Jerry Scott Harms | mo. rent pymt. | 1110-000 | 300.00 | | 3,771.09 |
| 01/31/12 | | From Account #9200******0765 | Tranfer balance of funds to 66 acct | 9999-000 | 275.00 | | 4,046.09 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,021.09 |
| 02/15/12 | {2} | Jerry S. Harms | monthly rent pymt. | 1110-000 | 300.00 | | 4,321.09 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,296.09 |
| 03/30/12 | {2} | Jerry S. Harms | monthly rent pymt. | 1110-000 | 300.00 | | 4,596.09 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,571.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,546.09 |
| 05/07/12 | {2} | Jerry Scott Harms | mo. pymt. | 1110-000 | 300.00 | | 4,846.09 |
| 05/25/12 | {2} | Jeffrey Austin | earnest money | 1110-000 | 5,000.00 | | 9,846.09 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,821.09 |
| 06/04/12 | {2} | Tom Winebaugh | earnest money | 1110-000 | 5,000.00 | | 14,821.09 |
| 06/05/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #10-73446, #016018067 | 2300-000 | | 18.81 | 14,802.28 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.62 | 14,774.66 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.29 | 14,742.37 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.21 | 14,711.16 |
| 09/28/12 | | NLT Title - Escrow Account | Sale of propergy | | 15,511.00 | | 30,222.16 |
| | {2} | | 64,000.00 | 1110-000 | | | 30,222.16 |
| | | | Escrow monies        -10,000.00 | 1110-000 | | | 30,222.16 |
| | | | settlement charges      -149.00 | 2500-000 | | | 30,222.16 |
| | | | Owners policy           -340.00 | 2500-000 | | | 30,222.16 |
| | | | credit for buyers claim  -38,000.00 | 2500-002 | | | 30,222.16 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.13 | 30,194.03 |
| 10/05/12 | 102 | Dr. Scott Harms | per court order of 7/23/12 | 2500-000 | | 2,200.00 | 27,994.03 |
| 10/05/12 | 103 | Hayden Real Estate, Inc. | per Court order 7/23/12 | 3510-000 | | 9,250.00 | 18,744.03 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.31 | 18,692.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.30 | 18,654.42 |
| 12/12/12 | 104 | John O'Brien | per Court Order of 12/12/12 - compromise | 2500-000 | | 2,500.00 | 16,154.42 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.61 | 16,117.81 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 16,117.81 | 0.00 |

Subtotals :             $30,482.09         $30,482.09

{} Asset reference(s)                                                                                                    Printed: 04/30/2013 07:51 AM   V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-73446 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | HART, HOWARD JAMES, JR. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******07-66 - Checking Account |
| **Taxpayer ID #:** | **-***3227 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 04/30/13 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 30,482.09 | 30,482.09 | $0.00 |
| | | | Less: Bank Transfers | | 3,771.09 | 16,117.81 | |
| | | | **Subtotal** | | **26,711.00** | **14,364.28** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,711.00** | **$14,364.28** | |

{} Asset reference(s)                                                                                                                     Printed: 04/30/2013 07:51 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-73446  
**Case Name:** HART, HOWARD JAMES, JR.  
**Taxpayer ID #:** **-***3227  
**Period Ending:** 04/30/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****085266 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 16,117.81 | | 16,117.81 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.72 | 16,093.09 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.60 | 16,071.49 |
| 03/25/13 | 10105 | Illinois Department of Revenue | Form IL-1041-V year end 12/31/11 (EIN #38-6953227) | 2820-000 | | 30.00 | 16,041.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.34 | 16,019.15 |
| 04/19/13 | 10106 | Benning Group, LLC | per Court Order of 4/17/13 | 3410-000 | | 950.00 | 15,069.15 |
| | | | **ACCOUNT TOTALS** | | 16,117.81 | 1,048.66 | **$15,069.15** |
| | | | Less: Bank Transfers | | 16,117.81 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,048.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,048.66** | |

|  |  |
|---:|---:|
| Net Receipts : | 30,611.12 |
| Plus Gross Adjustments : | 38,489.00 |
| Less Other Noncompensable Items : | 38,000.00 |
| Net Estate : | $31,100.12 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # 9200-******07-65 | 3,900.12 | 129.03 | 0.00 |
| Checking # 9200-******07-66 | 26,711.00 | 14,364.28 | 0.00 |
| Checking # ****085266 | 0.00 | 1,048.66 | 15,069.15 |
| | $30,611.12 | $15,541.97 | $15,069.15 |

{} Asset reference(s)

# Claims Proposed Distribution

## Case: 10-73446 HART, HOWARD JAMES, JR.

**Case Balance:** $15,069.15    **Total Proposed Payment:** $15,069.15    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | JOSEPH D. OLSEN <br> <2200-00 Trustee Expenses> | Admin Ch. 7 | 184.18 | 184.18 | 0.00 | 184.18 | 184.18 | 14,884.97 |
| | JOSEPH D. OLSEN <br> <2100-00 Trustee Compensation> | Admin Ch. 7 | 3,860.01 | 3,860.01 | 0.00 | 3,860.01 | 3,860.01 | 11,024.96 |
| | United States Bankruptcy Court <br> <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | Admin Ch. 7 | 293.00 | 293.00 | 0.00 | 293.00 | 293.00 | 10,731.96 |
| | Yalden, Olsen & Willette <br> <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 4,587.50 | 4,587.50 | 0.00 | 4,587.50 | 4,587.50 | 6,144.46 |
| 1 | American InfoSource LP as agent for Citibank N.A. | Unsecured | 5,750.69 | 5,750.69 | 0.00 | 5,750.69 | 145.50 | 5,998.96 |
| 3 | Guyer & Enichen | Unsecured | 18,361.15 | 18,361.15 | 0.00 | 18,361.15 | 464.52 | 5,534.44 |
| 4 | Chase Bank USA NA | Unsecured | 6,950.47 | 6,950.47 | 0.00 | 6,950.47 | 175.84 | 5,358.60 |
| 5 | Chase Bank USA, N.A. | Unsecured | 185.95 | 185.95 | 0.00 | 185.95 | 4.70 | 5,353.90 |
| 6 | Chase Bank USA, N.A. | Unsecured | 6,904.76 | 6,904.76 | 0.00 | 6,904.76 | 174.68 | 5,179.22 |
| 7 | Nelnet | Unsecured | 28,457.74 | 28,457.74 | 0.00 | 28,457.74 | 719.95 | 4,459.27 |
| 8 | Rochelle Professional Bldg | Unsecured | 7,504.56 | 0.00 | 0.00 | 0.00 | 0.00 | 4,459.27 |
| 9 | American Express Centurion Bank | Unsecured | 1,656.87 | 1,656.87 | 0.00 | 1,656.87 | 41.92 | 4,417.35 |
| 10 | American Express Centurion Bank | Unsecured | 5,434.69 | 5,434.69 | 0.00 | 5,434.69 | 137.49 | 4,279.86 |
| 11 | Nancy Govig | Unsecured | 23,405.31 | 23,405.31 | 0.00 | 23,405.31 | 592.13 | 3,687.73 |
| 12 | Diane Metzger | Unsecured | 145,765.33 | 0.00 | 0.00 | 0.00 | 0.00 | 3,687.73 |
| 12 -2 | Diane Metzger | Unsecured | 145,765.33 | 0.00 | 0.00 | 0.00 | 0.00 | 3,687.73 |
| 12 -3 | Diane Metzger | Unsecured | 145,765.33 | 145,765.33 | 0.00 | 145,765.33 | 3,687.73 | 0.00 |
| 2 | Lincoln State Bank | Secured | 170,250.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 10-73446 :** | | **$721,083.45** | **$251,797.65** | **$0.00** | **$251,797.65** | **$15,069.15** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $8,924.69 | $8,924.69 | $0.00 | $8,924.69 | 100.000000% |
| **Total Secured Claims :** | $170,250.58 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $541,908.18 | $242,872.96 | $0.00 | $6,144.46 | 2.529907% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73446
Case Name: HART, HOWARD JAMES, JR.
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 15,069.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Lincoln State Bank | 170,250.58 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 15,069.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,860.01 | 0.00 | 3,860.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 184.18 | 0.00 | 184.18 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,587.50 | 0.00 | 4,587.50 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses: $ 8,924.69
Remaining balance: $ 6,144.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,144.46

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 6,144.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 242,872.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank N.A. | 5,750.69 | 0.00 | 145.50 |
| 3 | Guyer & Enichen | 18,361.15 | 0.00 | 464.52 |
| 4 | Chase Bank USA NA | 6,950.47 | 0.00 | 175.84 |
| 5 | Chase Bank USA, N.A. | 185.95 | 0.00 | 4.70 |
| 6 | Chase Bank USA, N.A. | 6,904.76 | 0.00 | 174.68 |
| 7 | Nelnet | 28,457.74 | 0.00 | 719.95 |
| 8 | Rochelle Professional Bldg | 0.00 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 1,656.87 | 0.00 | 41.92 |
| 10 | American Express Centurion Bank | 5,434.69 | 0.00 | 137.49 |
| 11 | Nancy Govig | 23,405.31 | 0.00 | 592.13 |
| 12 | Diane Metzger | 0.00 | 0.00 | 0.00 |
| 12 -2 | Diane Metzger | 0.00 | 0.00 | 0.00 |
| 12 -3 | Diane Metzger | 145,765.33 | 0.00 | 3,687.73 |

| | Total to be paid for timely general unsecured claims: | $ 6,144.46 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**