# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: HART, HOWARD JAMES, JR. | § | Case No. 10-73446 |
| | § | |
| HART, JIM | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/12/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    Dated :  04/30/2013        By:  /s/JOSEPH D. OLSEN
                                                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: HART, HOWARD JAMES, JR.   § Case No. 10-73446
§
HART, JIM   §
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 69,100.12

*and approved disbursements of*   $ 54,030.97

*leaving a balance on hand of* [1]   $ 15,069.15

**Balance on hand:**   $ 15,069.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Lincoln State Bank | 170,250.58 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 15,069.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,860.01 | 0.00 | 3,860.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 184.18 | 0.00 | 184.18 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,587.50 | 0.00 | 4,587.50 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:   $ 8,924.69
Remaining balance:   $ 6,144.46

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,144.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,144.46

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 242,872.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank N.A. | 5,750.69 | 0.00 | 145.50 |
| 3 | Guyer & Enichen | 18,361.15 | 0.00 | 464.52 |
| 4 | Chase Bank USA NA | 6,950.47 | 0.00 | 175.84 |
| 5 | Chase Bank USA, N.A. | 185.95 | 0.00 | 4.70 |
| 6 | Chase Bank USA, N.A. | 6,904.76 | 0.00 | 174.68 |
| 7 | Nelnet | 28,457.74 | 0.00 | 719.95 |
| 8 | Rochelle Professional Bldg | 0.00 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 1,656.87 | 0.00 | 41.92 |
| 10 | American Express Centurion Bank | 5,434.69 | 0.00 | 137.49 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Nancy Govig | 23,405.31 | 0.00 | 592.13 |
| 12 | Diane Metzger | 0.00 | 0.00 | 0.00 |
| 12 -2 | Diane Metzger | 0.00 | 0.00 | 0.00 |
| 12 -3 | Diane Metzger | 145,765.33 | 0.00 | 3,687.73 |

Total to be paid for timely general unsecured claims: $ 6,144.46
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
                                   Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 10-73446-TML
Howard James Hart                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3            User: kkrystave            Page 1 of 2            Date Rcvd: May 20, 2013
                                Form ID: pdf006            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2013.
```
db           +Howard James Hart, Jr.,    5060 North skare Court,    Rochelle, IL 61068-9249
15827799      American Express - Blue,   Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
16514963      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15827801      Bank of America,   PO Box 851001,    Dallas, TX 75285-1001
15827802      Card Member Services,   PO Box 15153,    Wilmington, DE 19886-5153
16221181      Chase Bank USA NA,   P O Box 15145,    Wilmington, DE 19850-5145
16227225      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15827803     +Citi Cards,   PO Box 688901,    Des Moines, IA 50368-8901
15827804     +Diane Metzger,   c/o Attorney Stacy Shelly,    6785 Weaver Road,    Rockford, IL 61114-8055
15827806      Guyer & Enichen,   Mike Scheurich,    2601 Reid Farm Road,    Rockford, IL 61114-6698
15887883     +Janet E Hart,   5060 No Skare Court,    Rochelle, Il 61068-9249
15827807     +Lincoln State Bank,    304 E HWY 38,    PO Box 378,    Rochelle, IL 61068-0378
15827808     +Lincoln State Bank,    304 East Highway 38,    P.O. Box 378,    Rochelle, IL 61068-0378
15827811     +Rochelle Professional Building,    c/o Tom Winebaugh CPA,    915 N. Caron Road,
               Rochelle, IL 61068-9649
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17542557      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 21 2013 05:29:21
               American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
16155246      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 21 2013 05:00:29
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK 73124-8840
15827805      E-mail/Text: ally@ebn.phinsolutions.com May 21 2013 05:01:19      GMAC,
               Payment Processing Center,    PO Box 900195,    Louisville, KY 40290-1951
15827809     +E-mail/Text: bwaller@ksbwl.com May 21 2013 07:29:27      Nancy Govig,   % Bradley J Waller,
               Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,    Sycamore, Il 60178-3140
16867197     +E-mail/Text: bwaller@ksbwl.com May 21 2013 07:29:27      Nancy Govig,   % Bradley J Waller,
               Klein Stoddard Buck Waller Lewis LLX,    2045 Aberdeen Court,    Sycamore, Il 60178-3140
16227310     +E-mail/Text: electronicbkydocs@nelnet.net May 21 2013 07:13:08      Nelnet,
               3015 South Parker Road Suite 400,    Aurora CO 80014-2904
15827810      E-mail/Text: electronicbkydocs@nelnet.net May 21 2013 07:13:08      Nelnet Inc.,   PO Box 82561,
               Lincoln, NE 68501-2561
16202059     +E-mail/Text: RepayLawFirm@IThink2.net May 21 2013 06:48:53      Rochelle Professional Bldg,
               % Law Office of Henry Repay,    930 W Locust St,    Belvidere, Il 61008-4226
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15827800      American Express - Gold,   Customer Service,    PO Box 981535
15827812      Scott Harms
15834035      Scott Harms
16514964*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2013**                    **Signature:**  _Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: May 20, 2013
                              Form ID: pdf006              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2013 at the address(es) listed below:

```
              Bradley J Waller     on behalf of Creditor Nancy  Govig bwaller@ksbwl.com,   vmaurer@ksbwl.com
              Carole J. Ryczek     on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
              Craig A Willette     on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Dennis R. Hewitt     on behalf of Creditor    Lincoln State Bank dhewitt@rochelle.net
              Henry  Repay    on behalf of Creditor     Rochelle Professional Building repaylawfirm@ithink2.net,
               ariana.repaylaw@gmail.com
              James E Stevens     on behalf of Debtor Howard James Hart, Jr. jimstevens@bslbv.com
              Joseph D Olsen    on behalf of Accountant Curt  Kleckler Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen     on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com,   IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 10
```