# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: HART, HOWARD JAMES, JR. | § | Case No. 10-73446 |
| | § | |
| HART, JIM | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $447,802.00                  Assets Exempt:  $165,302.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,144.46          Claims Discharged
                                                    Without Payment: $256,599.22

Total Expenses of Administration: $62,955.66

3)  Total gross receipts of $      69,100.12    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $         0.00    (see **Exhibit 2**), yielded net receipts of  $69,100.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $249,961.71 | $170,250.58 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 62,955.66 | 62,955.66 | 62,955.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 302,038.88 | 541,908.18 | 242,872.96 | 6,144.46 |
| **TOTAL DISBURSEMENTS** | $552,000.59 | $775,114.42 | $305,828.62 | $69,100.12 |

4) This case was originally filed under Chapter 7 on July 09, 2010. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2013 _____      By: /s/JOSEPH D. OLSEN _____
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Escrow monies | 1110-000 | -10,000.00 |
| 915 N. Caron Road, Rochelle, IL 1/3 | 1110-000 | 79,100.00 |
| Interest Income | 1270-000 | 0.12 |
| **TOTAL GROSS RECEIPTS** | | **$69,100.12** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Lincoln State Bank | 4110-000 | 172,000.00 | 170,250.58 | 0.00 | 0.00 |
| NOTFILED | GMAC Payment Processing Center | 4110-000 | 21,961.71 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln State Bank | 4110-000 | 56,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$249,961.71** | **$170,250.58** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,860.01 | 3,860.01 | 3,860.01 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 184.18 | 184.18 | 184.18 |
| United States Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,587.50 | 4,587.50 | 4,587.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.03 | 4.03 | 4.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 18.81 | 18.81 | 18.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.62 | 27.62 | 27.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.29 | 32.29 | 32.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.21 | 31.21 | 31.21 |
| NLT Title - Escrow Account | 2500-000 | N/A | 149.00 | 149.00 | 149.00 |
| NLT Title - Escrow Account | 2500-000 | N/A | 340.00 | 340.00 | 340.00 |
| NLT Title - Escrow Account | 2500-002 | N/A | 38,000.00 | 38,000.00 | 38,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.13 | 28.13 | 28.13 |
| Dr. Scott Harms | 2500-000 | N/A | 2,200.00 | 2,200.00 | 2,200.00 |
| Hayden Real Estate, Inc. | 3510-000 | N/A | 9,250.00 | 9,250.00 | 9,250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.31 | 51.31 | 51.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.30 | 38.30 | 38.30 |
| John O'Brien | 2500-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.61 | 36.61 | 36.61 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 24.72 | 24.72 | 24.72 |
| Rabobank, N.A. | 2600-000 | N/A | 21.60 | 21.60 | 21.60 |
| Illinois Department of Revenue | 2820-000 | N/A | 30.00 | 30.00 | 30.00 |
| Rabobank, N.A. | 2600-000 | N/A | 22.34 | 22.34 | 22.34 |
| Benning Group, LLC | 3410-000 | N/A | 950.00 | 950.00 | 950.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$62,955.66** | **$62,955.66** | **$62,955.66** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | **$0.00** | **$0.00** | **$0.00** | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | 5,874.69 | 5,750.69 | 5,750.69 | 145.50 |
| 3 | Guyer & Enichen | 7100-000 | N/A | 18,361.15 | 18,361.15 | 464.52 |
| 4 | Chase Bank USA NA | 7100-000 | 6,743.11 | 6,950.47 | 6,950.47 | 175.84 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 185.95 | 185.95 | 4.70 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 7,149.07 | 6,904.76 | 6,904.76 | 174.68 |
| 7 | Nelnet | 7100-000 | 28,407.00 | 28,457.74 | 28,457.74 | 719.95 |
| 8 | Rochelle Professional Bldg | 7100-000 | N/A | 7,504.56 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 7100-000 | 1,661.26 | 1,656.87 | 1,656.87 | 41.92 |
| 10 | American Express Centurion Bank | 7100-000 | 5,395.69 | 5,434.69 | 5,434.69 | 137.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Nancy Govig | 7100-000 | 9,168.19 | 23,405.31 | 23,405.31 | 592.13 |
| 12 | Diane Metzger | 7100-000 | N/A | 145,765.33 | 0.00 | 0.00 |
| 12 -2 | Diane Metzger | 7100-000 | N/A | 145,765.33 | 0.00 | 0.00 |
| 12 -3 | Diane Metzger | 7100-000 | 217,769.15 | 145,765.33 | 145,765.33 | 3,687.73 |
| NOTFILED | Bank of America | 7100-000 | 12,366.16 | N/A | N/A | 0.00 |
| NOTFILED | Rochelle Professional Building c/o Tom Winebaugh | 7100-000 | 7,504.56 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $302,038.88 | $541,908.18 | $242,872.96 | $6,144.46 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-73446 | **Trustee:**        (330400)    JOSEPH D. OLSEN |
| **Case Name:**     HART, HOWARD JAMES, JR. | **Filed (f) or Converted (c):** 07/09/10 (f) |
| | **§341(a) Meeting Date:**    08/23/10 |
| **Period Ending:** 08/28/13 | **Claims Bar Date:**    12/14/10 |

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5060 Skare Court, Rochelle, IL 61068 Ten | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | 915 N. Caron Road, Rochelle, IL 1/3 | 85,000.00 | 85,000.00 | | 79,100.00 | FA |
| 3 | Time Share, Christmans Mountain, Wisconsin Dells | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Cash on hand | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Checking/Savings Account at Lincoln State Bank | 500.00 | 0.00 | | 0.00 | FA |
| 6 | One-half of household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | None of commerical value | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 9 | IRA | 11,636.00 | 0.00 | | 0.00 | FA |
| 10 | 401K | 134,766.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 GMC Yukon | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | $35,000.00 held by Attorney Stacy Shelly in escr | 35,000.00 | Unknown | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.12 | FA |
| **13** | **Assets   Totals** (Excluding unknown values) | **$532,802.00** | **$85,000.00** | | **$79,100.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**        December 31, 2012        **Current Projected Date Of Final Report (TFR):**        April 30, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-73446 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** HART, HOWARD JAMES, JR. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-*****07-65 - Checking Account |
| **Taxpayer ID #:** **-***3227 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 08/28/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/11 | {2} | Jerry S. Harms | monthly pymt. | 1110-000 | 300.00 | | 300.00 |
| 02/01/11 | {2} | Jerry Scott Harms | monthly pymt. | 1110-000 | 300.00 | | 600.00 |
| 02/25/11 | {2} | Jerry Scott Harms | monthly pymt | 1110-000 | 300.00 | | 900.00 |
| 03/31/11 | {2} | Jerry Scott Harms | monthly pymt. | 1110-000 | 300.00 | | 1,200.00 |
| 04/28/11 | {2} | jerry harms | monthly payments | 1110-000 | 300.00 | | 1,500.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,500.01 |
| 05/26/11 | {2} | Jerry Scott Harms | mo. pymt. | 1110-000 | 300.00 | | 1,800.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,800.02 |
| 06/28/11 | {2} | Jerry S. Harms | mo. pymt. | 1110-000 | 300.00 | | 2,100.02 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,100.03 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,100.04 |
| 08/01/11 | {2} | Jerry S. Harms | monthly pymt. | 1110-000 | 300.00 | | 2,400.04 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.03 | 2,396.01 |
| 08/15/11 | {2} | Jerry Scott Harms | monthly pymt. | 1110-000 | 300.00 | | 2,696.01 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,696.03 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,671.03 |
| 09/26/11 | {2} | Jerry Scott Harms | monthly pymt. | 1110-000 | 300.00 | | 2,971.03 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,971.05 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,946.05 |
| 10/31/11 | {2} | Jerry Scott Harms | | 1110-000 | 300.00 | | 3,246.05 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,246.07 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,221.07 |
| 11/29/11 | {2} | Jerry Scott Harms | mo. pymt. | 1110-000 | 300.00 | | 3,521.07 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,521.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,496.09 |
| 12/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 3,496.09 |
| 12/08/11 | | To Account #9200******0766 | per JDO instructions | 9999-000 | | 3,496.09 | 0.00 |
| 12/21/11 | {2} | Jerry Scott Harms | mo. pymt. | 1110-000 | 300.00 | | 300.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 275.00 |
| 01/31/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 275.00 |
| 01/31/12 | | To Account #9200******0766 | Tranfer balance of funds to 66 acct | 9999-000 | | 275.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,900.12 | 3,900.12 | **$0.00** |
| Less: Bank Transfers | 0.00 | 3,771.09 | |
| **Subtotal** | **3,900.12** | **129.03** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,900.12** | **$129.03** | |

| | |
|---|---|
| {} Asset reference(s) | Printed: 08/28/2013 07:20 AM    V.13.13 |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-73446 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | HART, HOWARD JAMES, JR. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-*****07-66 - Checking Account |
| Taxpayer ID #: | **-***3227 | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 08/28/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/08/11 | | From Account #9200*****0765 | per JDO instructions | 9999-000 | 3,496.09 | | 3,496.09 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,471.09 |
| 01/31/12 | {2} | Jerry Scott Harms | mo. rent pymt. | 1110-000 | 300.00 | | 3,771.09 |
| 01/31/12 | | From Account #9200*****0765 | Tranfer balance of funds to 66 acct | 9999-000 | 275.00 | | 4,046.09 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,021.09 |
| 02/15/12 | {2} | Jerry S. Harms | monthly rent pymt. | 1110-000 | 300.00 | | 4,321.09 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,296.09 |
| 03/30/12 | {2} | Jerry S. Harms | monthly rent pymt. | 1110-000 | 300.00 | | 4,596.09 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,571.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,546.09 |
| 05/07/12 | {2} | Jerry Scott Harms | mo. pymt. | 1110-000 | 300.00 | | 4,846.09 |
| 05/25/12 | {2} | Jeffrey Austin | earnest money | 1110-000 | 5,000.00 | | 9,846.09 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,821.09 |
| 06/04/12 | {2} | Tom Winebaugh | earnest money | 1110-000 | 5,000.00 | | 14,821.09 |
| 06/05/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 06/05/2012 FOR CASE<br>#10-73446, #016018067 | 2300-000 | | 18.81 | 14,802.28 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.62 | 14,774.66 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.29 | 14,742.37 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.21 | 14,711.16 |
| 09/28/12 | | NLT Title - Escrow Account | Sale of propergy | | 15,511.00 | | 30,222.16 |
| | {2} | | 64,000.00 | 1110-000 | | | 30,222.16 |
| | | | Escrow monies          -10,000.00 | 1110-000 | | | 30,222.16 |
| | | | settlement charges      -149.00 | 2500-000 | | | 30,222.16 |
| | | | Owners policy             -340.00 | 2500-000 | | | 30,222.16 |
| | | | credit for buyers claim   -38,000.00 | 2500-002 | | | 30,222.16 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.13 | 30,194.03 |
| 10/05/12 | 102 | Dr. Scott Harms | per court order of 7/23/12 | 2500-000 | | 2,200.00 | 27,994.03 |
| 10/05/12 | 103 | Hayden Real Estate, Inc. | per Court order 7/23/12 | 3510-000 | | 9,250.00 | 18,744.03 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.31 | 18,692.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.30 | 18,654.42 |
| 12/12/12 | 104 | John O'Brien | per Court Order of 12/12/12 - compromise | 2500-000 | | 2,500.00 | 16,154.42 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.61 | 16,117.81 |
| 01/17/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033040088<br>20130117 | 9999-000 | | 16,117.81 | 0.00 |

| | | Subtotals : | $30,482.09 | $30,482.09 | |
|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 08/28/2013 07:20 AM   V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-73446 |
| Case Name: | HART, HOWARD JAMES, JR. |
| Taxpayer ID #: | **-***3227 |
| Period Ending: | 08/28/13 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-66 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 30,482.09 | 30,482.09 | $0.00 |
| | | | Less: Bank Transfers | | 3,771.09 | 16,117.81 | |
| | | | Subtotal | | 26,711.00 | 14,364.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26,711.00 | $14,364.28 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-73446 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** HART, HOWARD JAMES, JR. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****085266 - Checking Account |
| **Taxpayer ID #:** **-***3227 | **Blanket Bond:** $820,095.60  (per case limit) |
| **Period Ending:** 08/28/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 16,117.81 | | 16,117.81 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.72 | 16,093.09 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.60 | 16,071.49 |
| 03/25/13 | 10105 | Illinois Department of Revenue | Form IL-1041-V year end 12/31/11 (EIN #38-6953227) | 2820-000 | | 30.00 | 16,041.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.34 | 16,019.15 |
| 04/19/13 | 10106 | Benning Group, LLC | per Court Order of 4/17/13 | 3410-000 | | 950.00 | 15,069.15 |
| 06/12/13 | 10107 | United States Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 14,776.15 |
| 06/12/13 | 10108 | Yalden, Olsen & Willette | Dividend paid 100.00% on $4,587.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,587.50 | 10,188.65 |
| 06/12/13 | 10109 | JOSEPH D. OLSEN | Dividend paid 100.00% on $184.18, Trustee Expenses;  Reference: | 2200-000 | | 184.18 | 10,004.47 |
| 06/12/13 | 10110 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,860.01, Trustee Compensation;  Reference: | 2100-000 | | 3,860.01 | 6,144.46 |
| 06/12/13 | 10111 | American InfoSource LP as agent for Citibank N.A. | Dividend paid  2.52% on $5,750.69; Claim# 1; Filed: $5,750.69; Reference: | 7100-000 | | 145.50 | 5,998.96 |
| 06/12/13 | 10112 | Guyer & Enichen | Dividend paid  2.52% on $18,361.15; Claim# 3; Filed: $18,361.15; Reference: | 7100-000 | | 464.52 | 5,534.44 |
| 06/12/13 | 10113 | Chase Bank USA NA | Dividend paid  2.52% on $6,950.47; Claim# 4; Filed: $6,950.47; Reference: | 7100-000 | | 175.84 | 5,358.60 |
| 06/12/13 | 10114 | Nelnet | Dividend paid  2.52% on $28,457.74; Claim# 7; Filed: $28,457.74; Reference: | 7100-000 | | 719.95 | 4,638.65 |
| 06/12/13 | 10115 | Nancy Govig | Dividend paid  2.52% on $23,405.31; Claim# 11; Filed: $23,405.31; Reference: | 7100-000 | | 592.13 | 4,046.52 |
| 06/12/13 | 10116 | Diane Metzger | Dividend paid  2.52% on $145,765.33; Claim# 12 -3; Filed: $145,765.33; Reference: | 7100-000 | | 3,687.73 | 358.79 |
| 06/12/13 | 10117 | American Express Centurion Bank | Combined Check for Claims#9,10 | | | 179.41 | 179.38 |
| | | | Dividend paid  2.52% on $1,656.87;  Claim# 9; Filed: $1,656.87 | 7100-000 | 41.92 | | 179.38 |
| | | | Dividend paid  2.52% on $5,434.69;  Claim# 10; Filed: $5,434.69 | 7100-000 | 137.49 | | 179.38 |
| 06/12/13 | 10118 | Chase Bank USA, N.A. | Combined Check for Claims#5,6 | | | 179.38 | 0.00 |
| | | | Dividend paid  2.52% on | 7100-000 | 4.70 | | 0.00 |

Subtotals :    $16,117.81    $16,117.81

Printed: 08/28/2013 07:20 AM    V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-73446 |
| Case Name: | HART, HOWARD JAMES, JR. |
| | |
| Taxpayer ID #: | **-***3227 |
| Period Ending: | 08/28/13 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****085266 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $185.95;  Claim# 5; Filed: $185.95 | | | | |
| | | | Dividend paid  2.52% on       174.68 $6,904.76;  Claim# 6; Filed: $6,904.76 | 7100-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 16,117.81 | 16,117.81 | $0.00 |
| Less: Bank Transfers | 16,117.81 | 0.00 | |
| **Subtotal** | 0.00 | 16,117.81 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $16,117.81 | |

| | |
|---|---|
| Net Receipts : | 30,611.12 |
| Plus Gross Adjustments : | 38,489.00 |
| Less Other Noncompensable Items : | 38,000.00 |
| Net Estate : | $31,100.12 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******07-65** | 3,900.12 | 129.03 | 0.00 |
| **Checking # 9200-******07-66** | 26,711.00 | 14,364.28 | 0.00 |
| **Checking # ****085266** | 0.00 | 16,117.81 | 0.00 |
| | $30,611.12 | $30,611.12 | $0.00 |